MARTHA McGUIRE, Respondent, *v.* THE TRAVELERS INSURANCE COMPANY, Appellant.*

Supreme Court, Appellate Term, First Department, May 27, 1938.

*Moran, Galli & McGlinn* [*John G. Donovan* and *Louis P. Galli* of counsel], for the appellant.

*Maxwell M. Booxbaum* [*Frederick E. Weinberg* of counsel], for the respondent.

* Modfg. 166 Misc. 215.

Per Curiam. The finding that the insured met his death by accident is not sustained by the evidence, which clearly establishes suicide.

Judgment modified by reducing same to the sum of fifty-four dollars and ninety cents, and as modified affirmed, without costs.

All concur. Present — Lydon, Frankenthaler and Noonan, JJ.